In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-22-00243-CR

**ROYCE EDWARD LARKIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 1A District Court**
**Jasper County, Texas**
**Trial Cause No. 13903JD**

## MEMORANDUM OPINION

Appellant Royce Larkin was convicted of murder, a first-degree felony, and sentenced to life in the Institutional Division of the Texas Department of Criminal Justice. *See* Tex. Penal Code Ann. § 19.02(b)(1). The jury also assessed a fine of $10,000. We affirm.

Larkin's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous; he then

1

filed a motion to withdraw as counsel. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Larkin was notified of his right to file a pro se brief, but we received no response from Appellant. We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
JAY WRIGHT
Justice

Submitted on July 19, 2023
Opinion Delivered August 9, 2023
Do Not Publish

Before Golemon, C.J., Horton and Wright, JJ.

---

[1] Larkin may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.